IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAMARCUS THOMAS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Warden CARL HUMPHREY, *et al.*, | : | NO. 5:12-CV-359 (HL) |
| Defendants | : | **O R D E R** |

     By Order dated January 9, 2013, this Court dismissed the 42 U.S.C. § 1983 complaint filed by Plaintiff **LAMARCUS THOMAS** (Doc. 9). The following day, the Court received Plaintiff's Motion to Amend (Doc. 11), which crossed in the mail with the Court's Order. The Court therefore vacated its dismissal by Order dated January 17, 2013 (Doc. 12).

     Because Plaintiff's allegations, including those in his amendment, remained insufficiently specific for the Court to screen Plaintiff's complaint under 28 U.S.C. § 1915A, the Court in its January 17th Order also directed Plaintiff to supplement his complaint. Plaintiff was given fourteen (14) days from the date of said Order to file his supplement. To date, Plaintiff has failed to do so or otherwise to respond to the Court's January 17th Order. Because of Plaintiff's failure to comply with the Court's instructions, his lawsuit is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 6th day of FEBRUARY, 2013.

                                               *s/ Hugh Lawson*
                                               HUGH LAWSON
                                               UNITED STATES DISTRICT JUDGE

cr