IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **PEACH BLOSSOM DEVELOPMENT CO., INC.,**<br><br>     Plaintiff,<br><br>v.<br><br>**THE FEDERAL DEPOSIT INSURANCE CORPORATION** as receiver of **PIEDMONT COMMUNITY BANK; MICKEY PARKER,** President of Piedmont Community Bank; **DREW HULSEY,** CEO of Piedmont Community Bank; **STATE BANK & TRUST,** successor in interest to Piedmont Community Bank; **ROB BRASWELL** in his official capacity as Commissioner of the **GEORGIA DEPARTMENT OF BANKING AND FINANCE;** and **MOUNTAIN HERITAGE BANK**,<br><br>     Defendants. | Civil Action No. 5:12-CV-394 (HL) |

**ORDER**

This case is before the Court on a Motion to Stay Discovery filed by Defendant Rob Braswell. (Doc. 7). Defendant Braswell filed a motion to dismiss on January 25, 2013, and seeks to have all discovery as to him stayed until the motion to dismiss is resolved. The Motion to Stay Discovery is denied as premature. The Court has not ordered the parties to confer as required by Rule 16, and discovery in this Court does not begin until after the Rule 16 conference is held. Defendant Braswell can again move to stay discovery once the Court

enters its Rules 16 and 26 order, which will be done once all of the defendants have filed responsive pleadings.

**SO ORDERED**, this the 6th day of February, 2013.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

mbh