# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**PEACH BLOSSOM DEVELOPMENT CO., INC.,**

    Plaintiff,

v.

**THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver of PIEDMONT COMMUNITY BANK; and THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver of MOUNTAIN HERITAGE BANK,**

    Defendants.

Civil Action No. 5:12-CV-394 (HL)

## ORDER

This case is currently stayed pursuant to an order entered on June 27, 2013. Counsel for the FDIC is ordered to provide a written report as to the status of this case no later than September 13, 2013.

**SO ORDERED**, this the 3rd day of September, 2013.

                                             *s/ Hugh Lawson*
                                             **HUGH LAWSON, SENIOR JUDGE**

mbh