IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PEACH BLOSSOM DEVELOPMENT CO., INC., Plaintiff, <br><br> v. <br><br> THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for PIEDMONT COMMUNITY BANK; and THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for MOUNTAIN HERITAGE BANK, Defendants. | Civil Action File No. 5:12-CV-00394-HL |

REPORT TO COURT PURSUANT TO ORDER OF JANUARY 16, 2014
BY COUNSEL FOR THE PLAINTIFF, PEACH BLOSSOM DEVELOPMENT CO., INC.

TO THE HONORABLE COURT:

On January 14, 2014, during a telephone hearing this Court Ordered Plaintiff's Counsel, Kelly R. Burke, Counsel for Peach Blossom Development Co., Inc. and William David Hewitt, Counsel for The Federal Deposit Insurance Corporation, in its capacity as Receiver for both Piedmont Community Bank and Mountain Heritage Bank (hereinafter "FDIC-R" or "Receiver"), to report to the Court as to the status of this case. This Court also Ordered the case be stayed 120 days while Plaintiff's bankruptcy proceeded. This status report by Plaintiff is as follows:

On April 30, 2014, the Plaintiff filed with the Court an Order from the Bankruptcy Court providing for the Plaintiff's employment of the under-signed to pursue the instant case. (ECF Doc. 40). Plaintiff is ready to proceed with this action once this Court's 120 day stay has lapsed.

Further, the Plaintiff would show it is prepared to confer with the Defendant regarding the establishment of a discovery plan and proceeding with discovery in this matter.

Respectfully submitted this 16th day of May, 2014.

                                                  /s/Kelly R. Burke, GBN 095613
                                                  Burke Lasseter LLC
                                                  2006 Karl Drive, Suite 100
                                                  Warner Robins, GA 31088
                                                  (478)287-6969 Ofc.
                                                  (888)933-9336 Fax
                                                  kelly@burkelasseterllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PEACH BLOSSOM DEVELOPMENT CO., INC., <br> Plaintiff, <br><br> v. <br><br> THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for PIEDMONT COMMUNITY BANK; and THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for MOUNTAIN HERITAGE BANK, <br> Defendants. | Civil Action File No. <br> 5:12-CV-00394-HL |

CERTIFICATE OF SERVICE

This is to certify that I, Kelly R. Burke, Counsel For Peach Blossom Development Co., Inc., Plaintiff, electronically filed the foregoing Status Report To Court Pursuant To Order Of January 3, 2014, with the Clerk of Court using the CMIECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

William Davis Hewitt
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, Suite 2100
Atlanta, GA 30326-1084

I further certify that I have served a courtesy copy of the foregoing document via email to:

J Aaronson, Senior Attorney
jaaronson@fdic.gov
FDIC Legal Division
8800 Baymeadows Way West
Jacksonville, FL 32256

Wesley J. Boyer
wjboyer2000@yahoo.com
Katz, Flatau, Popson and Boyer, LLP
355 Cotton Avenue
Macon, GA 31201
478-742-6481
Attorney for Plaintiff in bankruptcy case 13-53238
Robert G. Fenimore, Esq.
robert.g.fenimore@usdoj.gov
Office of U.S. Trustee
Suite 302
440 Martin Luther King Jr. Boulevard
Macon, GA 31201
U.S. Trustee - MAC

Respectfully submitted this 16th day of May, 2014.

/s/ Kelly R. Burke, GBN 095613
Burke Lasseter LLC
2006 Karl Drive, Suite 100
Warner Robins, GA 31088
(478)287-6969 Ofc.
(888)933-9336 Fax
kelly@burkelasseterllc.com