IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**PEACH BLOSSOM DEVELOPMENT CO., INC.**,

    Plaintiff,

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for PIEDMONT COMMUNITY BANK; and FEDERAL DEPOSIT INSURNCE CORPORATION as receiver for MOUNTAIN HERITAGE BANK**,

    Defendants.

Civil Action No. 5:12-CV-394 (HL)

## ORDER

By agreement of all parties Defendant Georgia Department of Banking and Finance is hereby dismissed as a party to this action.

**SO ORDERED** this 21st day of May, 2014.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

aks